## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR7 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TAFT BURTTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the following motions filed by the Defendant, Taft Burtton: for reconsideration (Filing No. 150); for a hearing (Filing No. 151); to expand the record (Filing No. 152); and for leave to appeal in forma pauperis (Filing No. 154).

Burtton requests that the Court reconsider its Memorandum and Order and Judgment denying his § 2255 motion.  He also requests a hearing and leave to expand the record with respect to his § 2255 motion.

Burtton has filed a notice of appeal, which the Eighth Circuit Court of Appeals construed as an application for a certificate of appealability.  The Eighth Circuit directed Burtton to pay the filing fee or request leave to proceed in forma pauperis by filing a request with the office of the Eighth Circuit.  Burtton, however, filed his motion for leave to proceed in forma pauperis with this Court.

IT IS ORDERED:

1.     The following motions filed by the Defendant, Taft Burtton, are denied: for reconsideration (Filing No. 150); for a hearing (Filing No. 151); and to expand the record (Filing No. 152);

2.      The Clerk is directed to send the motion for leave to appeal in forma pauperis (Filing No. 154) to the Eighth Circuit and to terminate the motion on this Court's docket; and

3.      The Clerk is directed to mail a copy of this Order to the Defendant at his last-known address.

DATED this 11th day of October, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

2