IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:08CR7** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TAFT BURTTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Notice of Appeal (Filing No. 188) and motion to proceed in forma pauperis (Filing No. 189).  The Defendant appeals from the Court's September 15, 2014, Text Order (Filing No. 187) which denied the Defendant's Motion for a Franks Hearing (Filing No. 186).  Upon review of the matter, the Court finds the motion to proceed in forma pauperis should be denied.

IT IS ORDERED:

1. The Defendant's Motion and Affidavit for Permission to Appeal In Forma Pauperis (Filing No. 189) is denied; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address and to the Eighth Circuit Court of Appeals.

DATED this 14th day of October, 2014.

BY THE COURT

s/Laurie Smith Camp
Chief United States District Judge